(Reap. Dec. 8232)

MEAKIN & RIDGWAY, INC. *v.* UNITED STATES

Entry No. 795217.

(Decided May 28, 1953)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiff.
*Charles J. Wagner*, Acting Assistant Attorney General, for the defendant.

JOHNSON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is hereby stipulated and agreed by and between the attorneys for the parties hereto, that the instant appeal to reappraisement covers 50 dozen earthenware plates, Newport Red Barn series, exported from Great Britain on or about May 8, 1947.

That the said Newport Red Barn series plates were manufactured by William Adams & Sons, Tunstall, Stoke-On-Trent, Great Britain.

That on or about the date of exportation of the instant merchandise such or similar merchandise was not freely offered for sale for home consumption in Great Britain or for export to the United States. That on or about the date of exportation such or similar imported merchandise was not freely offered for sale in the United States.

That the cost of production, as such cost is defined in Section 402 (f) of the Tariff Act of 1930, for the said Newport Red Barn series plates was £6– 8– 0 per dozen.

That the instant appeal is submitted on this stipulation.

On the agreed facts I find the cost of production, as that value is defined in section 402 (f) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value for the Newport Red Barn series plates was £6.8.0. per dozen.

Judgment will be entered accordingly.